Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff and Proposed Class*

Jared M. Katz, State Bar No. 173388
*jkatz@mullenlaw.com*
**MULLEN & HENZELL L.L.P.**
112 East Victoria Street
Santa Barbara, CA 93101-2019
Telephone: (805) 966-1501
Facsimile: (805) 966-9204

*Attorneys for Defendant*
*San Ysidro BB Property, L.L.C.*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN RAY DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAN YSIDRO BB PROPERTY, L.L.C., d/b/a SAN YSIDRO RANCH, a California company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-02199-DMS-LL<br><br>USDC Judge:   Dana M. Sabraw<br>Magistrate Judge:  Linda Lopez<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint Filed:  November 11, 2020<br>Trial Date:  Not Set |

1
JOINT MOTION TO DISMISS WITH PREJUDICE

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), Plaintiff FREEMAN RAY DAVIS and Defendant SAN YSIDRO BB PROPERTY, L.L.C., d/b/a SAN YSIDRO RANCH. by and through their respective attorneys, submit this joint motion to request the dismissal of the above-captioned case, in its entirety and with prejudice, each party to bear his or its own attorneys' fees and costs.

Dated: April 19, 2021                             Respectfully Submitted,

                                                  */s/  Thiago Coelho*
                                                  Thiago Coelho, Esq.
                                                  **WILSHIRE LAW FIRM**
                                                  *Attorney for Plaintiff and Proposed Class*

Dated: April 19, 2021                             Respectfully Submitted,

                                                  */s/  Jared M. Katz*
                                                  Jared M. Katz, Esq.
                                                  **MULLEN & HENZELL L.L.P.**
                                                  *Attorney for Defendant San Ysidro BB Property, L.L.C.*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 19, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: April 19, 2021                 /s/ *Thiago Coelho*
                                       Thiago Coelho, Esq.