UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN RAY DAVIS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>SAN YSIDRO BB PROPERTY, L.L.C., d/b/a SAN YSIDRO RANCH, a California company; and DOES 1 to 10, inclusive,<br><br>   Defendants. | Case No.:  3:20-cv-02199-DMS-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br><br><br>Complaint filed: November 11, 2020 |

///

///

///

///

///

///

///

///

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On April 19, 2021, the parties filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 9.)

Upon due consideration, good cause appearing, the Court GRANTS the joint motion and DISMISSES this action in its entirety with prejudice. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**


Dated:  April 20, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court

ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE,
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 3:20-cv-02199-DMS-LL